UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM L. RANDALL et al., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:08CV01204 FRB |
| ) | |
| BWOC, Inc., ) | |
| ) | |
| Defendant(s). ) | |

## O R D E R

On August 18, 2008, due to attorney case opening error, the above styled case was

inadvertently assigned an Eastern Division case number, however, the case requires a

Southeastern Division case number.

**IT IS HEREBY ORDERED** that 4:08CV01204 FRB be administratively closed

and assigned a Southeastern Division case number.

Dated this 21st day of August, 2008.

JAMES G. WOODWARD, CLERK OF COURT

By: /s/ Karen R. Moore, Deputy Clerk

**In all future documents filed with the Court, please use the following case number:**

**1:08CV00128 LMB.**